UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN L. BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT,<br><br>    Respondent. | No. 2:13-cv-1406 TLN CKD P<br><br><br>ORDER |

    Petitioner has filed a motion for clarification regarding his appeal. (ECF No. 27.) However, this petition for writ of habeas corpus was dismissed on April 17, 2014. (ECF No. 17.) Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for clarification (ECF No. 27) is denied.

Dated: July 14, 2015

                                      /s/ Carolyn K. Delaney
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

2 / brow1406.158